**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 2, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00490-CV

---

## IN THE INTEREST OF S.C.H., A MINOR CHILD

---

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2021-47951**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed August 27, 2021. On November 3, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.